1  RICHARD L. STONE, CAL. BAR NO. 110022
   CARLO F. VAN DEN BOSCH, CAL. BAR NO. 185207
2  SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
   A Limited Liability Partnership
3  Including Professional Corporations
   333 South Hope Street, 48th Floor
4  Los Angeles, California 90071-1448
   Telephone: (213) 620-1780
5  Facsimile: (213) 620-1398
   Attorneys for Plaintiff
6  BROOKFIELD COMMUNICATIONS, INC.



UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BROOKFIELD COMMUNICATIONS, INC., | Case No. CV98-9074 CM (AJWx) |
| Plaintiff, | *Judge Carlos Moreno*<br>*Magistrate Judge Andrew J. Wistrich* |
| v. | |
| WEST COAST ENTERTAINMENT CORPORATION, | [~~PROPOSED~~] **STIPULATED MODIFIED FINAL JUDGMENT** |
| Defendant. | |
| WEST COAST ENTERTAINMENT CORPORATION, | |
| Counter-Claimant, | |
| v. | |
| BROOKFIELD COMMUNICATIONS, INC., | |
| Counter-Defendant. | |

-1-

LA:LMI\PLD\RLV\70098770.1                    STIPULATED MODIFIED FINAL JUDGMENT

Based on the Stipulation and Order for Entry of Modified Final Judgment entered concurrently herewith, on this Court's prior finding that West Coast Entertainment Corporation's ("WCE") use of the mark and domain name **MOVIEBUFF.COM** constitutes federal trademark infringement of Brookfield Communications, Inc's ("Brookfield") registered mark **MOVIEBUFF** pursuant to 15 U.S.C. § 1114, and federal unfair competition pursuant to 15 U.S.C. § 1125, and good cause appearing therefor,

**IT IS ORDERED AND ADJUDGED AS FOLLOWS:**

1. WCE, its assigns, transferees, employees, agents, and representatives, and all other persons, firms, or entities acting in concert or participating with WCE, are permanently enjoined:

    (a) from using, advertising, or promoting, or registering the mark **MOVIEBUFF** or any other term or terms likely to cause confusion therewith, including **MOVIEBUFF.COM**, as a trademark or service mark, domain name, directory name, or other such computer address, as the name of a web site service, in buried code or meta tags on their home page or web pages, or in connection with the retrieval of data or information on other goods or services;

    (b) from doing or allowing any act or thing calculated or likely to cause confusion or mistake in the minds of members of the public or the trade, or prospective purchasers of Brookfield's goods or services, as to the source of WCE's goods or services, or likely to deceive members of the public or the trade, or prospective purchasers of WCE's goods or services, into believing that there is some association between Brookfield and WCE, or that anyone other than Brookfield registered the domain name **MOVIEBUFF.COM** with Brookfield's authorization;

2. Notwithstanding the foregoing, WCE, its assigns, transferees, employees, agents, and representatives, and all other persons, firms, or entities acting in concert or participating with WCE, shall be allowed to use the mark **MOVIE BUFF**, as two words, or related composite marks incorporating the same (including, without limitation, **THE MOVIE BUFF'S MOVIE STORE, THE MOVIE BUFF DISCOVERY SERIES, MOVIE BUFF BRAND POPCORN, THE MOVIE BUFF'S GIFT GUIDE, ATTENTION MOVIE BUFFS**) in the marketing, advertising or sale of its goods and services, provided WCE does not use the mark **MOVIE BUFF**, standing alone, as the title or trademark of an on-line or other electronic searchable entertainment database.

Dated: January 20, 2000

HONORABLE CARLOS R. MORENO
UNITED STATES DISTRICT JUDGE

APPROVED AS TO FORM:
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By _____
RICHARD L. STONE
Attorneys for BROOKFIELD COMMUNICATIONS, INC.

MURCHISON & CUMMING

By _____
STEVEN SMILAY
Attorneys for WEST COAST ENTERTAINMENT CORPORATION

-3-

## PROOF OF SERVICE BY MAIL

I, the undersigned, declare that I am, and was at the time of service of the papers herein referred to, over the age of 18 years and not a party to the within action or proceeding. My business address is Sheppard, Mullin, Richter & Hampton LLP, 333 South Hope Street, 48th Floor, Los Angeles, California 90071, which is located in the county in which the within-mentioned mailing occurred. I am readily familiar with the practice at my place of business for collection and processing of correspondence for mailing with the United States Postal Service. Such correspondence will be deposited with the United States Postal Service on the same day in the ordinary course of business.

On January 19, 2000, I served the following document(s):

**[PROPOSED] STIPULATED MODIFIED FINAL JUDGMENT**

by placing _X_ a true copy __ the original in a separate envelope for each addressee named below, with the name and address of the persons served shown on the envelope as follows:

**Steven L. Smilay, Esq.**
**Murchison & Cumming**
**801 S. Grand Ave. #900**
**Los Angeles, CA 90017-4624**

and by sealing the envelope and placing it in the appropriate location at my place of business for collection and mailing with postage fully prepaid in accordance with ordinary business practices.

Executed on January 19, 2000 at Los Angeles, California.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

_____
Betty T. Rodriguez